IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH KNANISHU,

    Plaintiff,                        No. 2:10-cv-0005 JFM (PC)

    vs.

SACRAMENTO SHERIFF'S DEPT., et al.,

    Defendants.

                            /                ORDER

        Plaintiff is a state prisoner proceeding pro se. On April 14, 2010, plaintiff filed a request for five subpoenas. Plaintiff has not, however, indicated the nature or purpose of the subpoenas. The undersigned also notes that defendants have not yet appeared in this matter and, therefore, no discovery scheduling order has been issued. Accordingly, plaintiff's request is denied without prejudice.

DATED: May 6, 2010.

UNITED STATES MAGISTRATE JUDGE

/014;knan0005.subp

1