IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH KNANISHU,

    Plaintiff,                      No. 2:10-cv-0005 JFM (PC)

    vs.

SACRAMENTO SHERIFF'S DEPT.,
et al.,

    Defendants.

_____/    <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se.  On April 17, 2010, plaintiff filed a motion for default judgment.  Plaintiff claims that on April 7, 2010, defendants were served and have since failed to file either an answer or a motion to dismiss.  Plaintiff further contends that on May 12, 2010, default was entered against the defendants.

        Examination of the docket reveals that default was not entered against any defendant.  Rather, on March 30, 2010, the undersigned directed the United States Marshal to serve plaintiff's December 31, 2009 complaint on the defendants.  On May 12, 2010, defendant Sacramento County Sheriff's Department returned an executed waiver of service, which requires that it file an answer or motion to dismiss within 60 days of May 6, 2010.

/////

1

As to the remaining defendants, executed summonses have not yet been filed by the U.S. Marshal. Thus, the court cannot determine that defendants have been served.

Accordingly, plaintiff's request is premature and will be denied.

DATED: June 8, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;knan0005.defj