IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH  KNANISHU,

        Plaintiff,                    No. 2:10-cv-0005 JFM (PC)

    vs.

SACRAMENTO SHERIFF'S DEPT.,
et al.,

        Defendants.

_____/         ORDER

        Plaintiff is a state prisoner proceeding pro se.  On May 17, 2010, plaintiff filed a request for clarification, in which he seeks to know when discovery may commence in this action.   Plaintiff is referred to Federal Rules of Civil Procedure 1, 16, and 26-36.

DATED: June 8, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.knan0005.req

1