IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH KNANISHU,

    Plaintiff,  No. 2:10-cv-0005 JFM (PC)

    vs.

SACRAMENTO SHERIFF'S DEPT., et al.,

    Defendants.

/  ORDER

    Plaintiff is a state prisoner proceeding pro se. On April 17, 2010, plaintiff filed a motion to supplement his December 31, 2009 complaint. Plaintiff seeks leave to add Lt. Milo Fitch as a defendant. However, plaintiff has made no charging allegations against Lt. Fitch. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied.

DATED: June 8, 2010.

UNITED STATES MAGISTRATE JUDGE

/014;knan0005.supp

1