IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH KNANISHU,

        Plaintiff,                    No. 2:10-cv-0005 JFM (PC)

    vs.

SACRAMENTO SHERIFF'S DEPT.,
et al.,

        Defendants.            <u>ORDER</u>

        On August 6, 2010, plaintiff filed a motion to compel defendants to answer interrogatories. Upon review, the court is unable to discern the precise nature of plaintiff's request as the motion lacks relevant information, including when the interrogatories were sent, when responses were due, and whether any responses at all were received by the plaintiff.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 6, 2010 motion to compel is denied without prejudice.

DATED: August 10, 2010.

                                  UNITED STATES MAGISTRATE JUDGE

/014;knan0005.31(2)

1