IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH KNANISHU,

    Plaintiff,                                No. 2:10-0005 JAM JFM (PC)

    vs.

SACRAMENTO SHERIFF'S DEPT., et al.,

    Defendants.                             <u>ORDER</u>

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 7, 2010, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on June 25, 2010 and August 6, 2010. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's September 7, 2010, request is denied.

DATED: September 14, 2010.

UNITED STATES MAGISTRATE JUDGE

/kly014;knan0005.31thr